DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DANIEL VASQUEZ-MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> VASQUEZ-MIRANDA, et al., <br><br> *Defendant.* | No. 1:11-CR-00242 LJO <br><br> STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER <br><br> Date: February 27, 2012 <br> Time: 1:00 p.m. <br> Judge: The Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the cases of Daniel Vasquez-Miranda and Zoila Vasquez, currently set for Monday, February 6, 2012, may be continued three weeks to **February 27, 2012, at 1:00 p.m.** Consistent with this new sentencing date, the parties further stipulate that informal objections shall be submitted on **February 6, 2012**, and formal objections shall be submitted on **February 21, 2012.**

The parties request this continuance because, through no fault of the Office of Probation, there was a delay in the issuance of the Presentence Investigation Report for Mr. Vasquez-Miranda, such that defense counsel did not receive the PSR consistent with the previously-approved sentencing schedule.

///

///

1  This brief continuance is therefore necessary to permit Mr. Vasquez-Miranda the customary time to
2  respond to the PSR.

3                                                              BENJAMIN B. WAGNER
                                                               United States Attorney
4

5  DATED:  January 12, 2012                        By    /s/ Ian Garriques
                                                         IAN GARRIQUES
6                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
7

8                                                              LAW OFFICES OF KATHERINE L. HART

9
   DATED:  January 12, 2012                        By    /s/ Katherine L. Hart
10                                                       KATHERINE L. HART
                                                         Attorney for Defendant
11                                                       Zoila Vasquez-Vasquez

12
                                                               DANIEL J. BRODERICK
13                                                             Federal Defender

14
   DATED:  January 12, 2012                        By    /s/ Jeremy Kroger
15                                                       JEREMY KROGER
                                                         Assistant Federal Defenders
16                                                       Attorneys for Defendant
                                                         Daniel Vasquez-Miranda
17

18

19

20

21                                       **ORDER**

22  Good cause exists.  Granted.

23  IT IS SO ORDERED.

24  **Dated:   January 13, 2012**              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28

Vasquez-Miranda /Stip. to Continue
Schedule and Hearing; Order Thereon                2